## Commonwealth *v.* McCloud, Appellant.

Submitted March 16, 1970. *Robert A. Godwin,* Assistant Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Maddox, Appellant.

Submitted December 8, 1969. *Gerald E. Ruth,* Public Defender, for appellant; *Nevin J. Trout,* Assistant District Attorney, and *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.